## CITY OF STAMFORD *v.* LJUBICA RADULOVIC ET AL.
### (AC 16672)

Spear, Hennessy and Sullivan, Js.

Argued March 19—officially released April 14, 1998

Per Curiam. The judgment is affirmed.

## PAUL S. MOYNIHAN *v.* ESTATE OF JOHN MOYNIHAN
### (AC 17034)

O'Connell, C. J., and Foti and Lavery, Js.

Argued March 23—officially released April 14, 1998

Per Curiam. The judgment is affirmed.

## JANICE A. GERROW *v.* ELLINGTON DRYWALL, INC.
### (AC 17217)

Landau, Schaller and Hennessy, Js.

Argued March 24—officially released April 14, 1998

Per Curiam. The judgment is affirmed.

## MARY L. MORGAN *v.* JAMES W. MORGAN
### (AC 17109)

O'Connell, C. J., and Lavery and Spear, Js.

Argued March 24—officially released April 14, 1998

Per Curiam. The judgment is affirmed.